Audrey A. Millemann, State Bar No. 124954
Pamela W. Bertani, State Bar No. 182672
weintraub genshlea chediak sproul
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant and
Counterclaimant JBD Inc.

Steven E. Paganetti, State Bar No. 87513
Wild, Carter & Tipton
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704

Attorneys for Plaintiff and
Counterdefendant Fresno Division,
Rainmaker Pipe Company, Inc.

FILED
2005 JUN 14 P 4: 43
CLERK, US DIST. COURT
EASTERN ___ CALIF
BY_____
                DY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRESNO DIVISION, RAINMAKER PIPE COMPANY, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> JBD, INC., a foreign corporation and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: CIV. F-04-6355 LJO <br><br> STIPULATION FOR DISMISSAL |
| JBD INC., an Arkansas corporation, <br><br> Counterclaimant, <br><br> v. <br><br> FRESNO DIVISION, RAINMAKER PIPE COMPANY, INC., a California corporation, and ROES 1 through 100, <br><br> Counterdefendants and Third-Party Defendants. | |

{11541/12352/AAM/806658.DOC;}                    1                    STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the above-captioned action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

Dated: June 6, 2005                    WILD, CARTER & TIPTON


By: /s/ Steven E. Paganetti
    Steven E. Paganetti
    Attorneys for Plaintiff and
    Counterdefendant Fresno Division,
    Rainmaker Pipe Company, Inc.


Dated: June 10, 2005                   **weintraub** genshlea chediak sproul
                                       a law corporation


By: /s/ Audrey A. Millemann
    Audrey A. Millemann
    State Bar No. 124954

    Attorneys for Defendant and
    Counterclaimant JBD Inc.


Dated: June 14, 2005         [signature]
                             LAWRENCE J. O'NEILL
                             U.S. MAGISTRATE JUDGE